AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fitzwater, Sidney A. | U.S. District Court, Northern District of Texas | 04/18/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. District Judge - Active | ☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>1100 Commerce St., Room 1528<br>Dallas, Texas 75242-1035 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust # 3 (See Part VIII). |
| 2. Co-Executor | Estate #4 (See Part VIII for explanation of why no assets owned or held by Estate # 4 are reported in Part VII). |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Fitzwater , Sidney A.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ▓▓▓▓▓ - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Freedom Forum, Arlington, VA (First Amendment Center, Inc., Nashville, TN) | February 18-20, 2010 | Nashville, TN | Judge moot court competition | Airfare, hotel, transportation, and food |
| 2. | Arizona State University Sandra Day O'Connor College of Law | April 24-26, 2010 | Phoenix, AZ | Attend National Forum on the Future of Legal Education | Airfare, hotel, transportation, and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/18/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/18/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds-Wash. Mut. Invs. Fund-A (See Part VIII) | A | Dividend | J | T | | | | | |
| 2. UBS Bank USA Deposit Acct. | A | Interest | J | T | | | | | |
| 3. 3M Corp. Common Stock | A | Dividend | J | T | | | | | |
| 4. J.P. Morgan Chase & Co. Common Stock | A | Dividend | J | T | | | | | |
| 5. Trust # 2 (Nos. 5-9) (See Part VIII) | C | Dividend | M | T | | | | | |
| 6. -UBS Resource Mgmt. Acct (Money Market Portfolio) | | | | | | | | | |
| 7. -Calamos Growth Fund | | | | | | | | | |
| 8. -Lord Abbett Affiliated Fund | | | | | | | | | |
| 9. -UBS Global Allocation Fund | | | | | | | | | |
| 10. Calamos Growth and Income Fund | A | Dividend | J | T | | | | | |
| 11. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |
| 12. Lord Abbett Fundamental Equity | | None | J | T | | | | | |
| 13. MFS Research Bond Fund | A | Dividend | J | T | | | | | |
| 14. UBS Global Allocation Fund | A | Dividend | J | T | | | | | |
| 15. Jefferson-Pilot Life Ins Flex Prem. Surv. Life (See Pt VIII) | B | Interest | | | Redeemed | 12/30/10 | N | | |
| 16. Lincoln Nat'l Corp. Secure Line (See Part VIII) | A | Interest | N | T | Open | 12/30/10 | N | | |
| 17. Trust # 3 (Nos. 17-65) (See Part VIII) | F | Int./Div. | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Dominion Investor Servs., Inc. Prime Fund (Account) | | | | | | | | | |
| 19. -Aberdeen Asia-Pacific Prime Income Fund | | | | | | | | | |
| 20. -ADC Telecommunications Inc. Common (See Part VIII) | | | | | Redeemed | 12/10/10 | J | A | |
| 21. -Ameren Corporation Common Stock | | | | | | | | | |
| 22. -Consolidated Edison, Inc. Common Stock | | | | | | | | | |
| 23. -Dominion Resources, Inc. Common Stock | | | | | | | | | |
| 24. -Dreyfus Strategic Municipals Inc. (Income Trust Fund) | | | | | | | | | |
| 25. -Duke Energy Corp. Common Stock | | | | | | | | | |
| 26. -Entergy Corp. Common Stock | | | | | | | | | |
| 27. -Exelon Corp. Common Stock | | | | | | | | | |
| 28. -ExxonMobil Corp. Common Stock | | | | | | | | | |
| 29. -Firstenergy Corp. Common Stock | | | | | | | | | |
| 30. -NextEra Energy, Inc. Common Stock (See Part VIII) | | | | | | | | | |
| 31. -Hawaiian Electric Industries Inc. Common Stock | | | | | | | | | |
| 32. -Integrys Energy Group Inc. Common | | | | | | | | | |
| 33. -Medco Health Solutions Inc. Common Stock | | | | | | | | | |
| 34. -Merck & Co. Inc. Common Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/18/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Monsanto Co. New Common Stock | | | | | | | | | |
| 36.  -Nuveen Dividend Advantage Municipal Fund | | | | | | | | | |
| 37.  -Nuveen Dividend Advantage Municipal Fund 2 | | | | | | | | | |
| 38.  -Nuveen Dividend Advantage Municipal Fund 3 | | | | | | | | | |
| 39.  -Nuveen Insured Premium Inc. Mun. Fund 2 Inc. | | | | | | | | | |
| 40.  -Nuveen Municipal Advantage Fund Inc. | | | | | | | | | |
| 41.  -Nuveen Municipal Value Fund Inc. | | | | | | | | | |
| 42.  -Nuveen Premium Inc. Mun. Fund Inc. | | | | | | | | | |
| 43.  -Nuveen Premium Inc. Mun. Fund 2 Inc. | | | | | | | | | |
| 44.  -Nuveen Premier Insured Municipal Income Fund Inc. | | | | | | | | | |
| 45.  -Nuveen Select Maturities Municipal Fund | | | | | | | | | |
| 46.  -Pepco Holdings Inc. Common Stock | | | | | | | | | |
| 47.  -Pepsico, Inc. Common Stock | | | | | | | | | |
| 48.  -Pfizer Inc. Common Stock | | | | | | | | | |
| 49.  -Spectra Energy Corp. Common Stock | | | | | | | | | |
| 50.  -TECO Energy Inc. Common Stock | | | | | | | | | |
| 51.  -Van Kampen Trust for Insured Municipals | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Westar Energy Inc. Common Stock | | | | | | | | | |
| 53. -Xcel Energy Inc. Common Stock | | | | | | | | | |
| 54. -Insured Municipals Income Trust Series 22 | | | | | | | | | |
| 55. -Insured Municipals Income Trust Series 228 | | | | | | | | | |
| 56. -Insured Municipals Income Trust Series 314 | | | | | | | | | |
| 57. -Insured Municipals Income Trust Series 79 | | | | | | | | | |
| 58. -Nuveen Tax Exempt Nat'l Insured 251 (UIT) | | | | | | | | | |
| 59. -Nuveen Tax Exempt Nat'l Trad. 257 (UIT) | | | | | | | | | |
| 60. -Unit Insured Municipal Inc. Series 77 (See Pt VIII) | | | | | | | | | |
| 61. -Insured Municipals Inc. Trust Unit Ser. 290 | | | | | | | | | |
| 62. -Nuveen Investment Quality Municipal Fund, Inc. | | | | | | | | | |
| 63. -International Bank of Commerce (Account) | | | | | | | | | |
| 64. -First Mark Credit Union (Account) | | | | | | | | | |
| 65. -USAA Tax Exempt Long-Term Bond Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I (Trust # 3)

I am ethically permitted to serve as Co-Trustee of Trust # 3 because I am doing so under the will of a family member who died in 2007, and such service will not interfere with the proper performance of my judicial duties.

The Trust is designated as Trust # 3 to differentiate it from Trust # 1 and Trust # 2, which have been referred to in this and/or prior reports.

See below for additional explanations concerning the reporting of assets for Trust # 3.

Part I (Estate # 4)

I am ethically permitted to serve as Co-Executor of Estate #4 because I am doing so under the will of a family member who died in 2010, and such service will not interfere with the proper performance of my judicial duties.

No assets are reported in Part VII for Estate # 4 because, although the family member died in December 2010, the person's will was not admitted to probate and letters testamentary were not issued until January 2011, at which time I began exercising legal authority and responsibility to control the purchase, sale, or other disposition of the assets in the Estate. Under the filing instructions for the 2010 Financial Disclosure Report, the reporting period for positions "consists of the calendar year preceding the date of the report, and the time to the date of the report." See page 9. The reporting period for assets owned or held by the Estate, however, "is the calendar year preceding the date of the report." See page 35. Accordingly, I am reporting the position in Part I but am not reporting assets in Part VII until I file my 2011 Financial Disclosure Report.

The Estate is designated as Estate #4 to differentiate it from estates referred to in prior reports.

Part VII, Item No. 1

"American Funds-Wash. Mut. Inves. Fund-A" is the same asset as the one reported in my 2009 Financial Disclosure Report as "Washington Mutual Investors Fund (1984 IRA-Mutual Fund)." The asset description has been revised to comply with the filing instructions for describing mutual funds.

Part VII, Item Nos. 5-9 (Trust # 2)

The type of income disclosed for Trust # 2 is "Dividend." The form does not allow the filer to report multiple types of income except for the combination of interest and dividends. The Trust income includes, in addition to dividends, a short term capital gain distribution. All income has been reported in column B(1).

Part VII, Item No. 15

This asset is a life insurance policy that was redeemed on 12/30/2010, following the death of the family member whose life was insured. No gain is shown in column D(4) because there was no gain. After the policy was redeemed, the proceeds were distributed to the beneficiaries. The policy proceeds distributed to me are reflected in the asset listed in Part VII, Item No. 16.

Part VII, Item No. 16

This asset was opened on 12/30/2010 with my portion of the proceeds of the insurance policy reflected in Part VII, Item No. 15. The insurance company opened this account in my name as the means of distributing my portion of the proceeds.

Part VII, Item Nos. 17-65 (Trust #3)

The type of income disclosed for Trust # 3 is "Int./Div." The form does not allow the filer to report multiple types of income except for the combination of interest and dividends. The Trust income includes other income, such as capital gains earned by funds and distributed to fund owners. All income has been reported in column B(1).

Part VII, Item No. 20

Tyco Electronics Ltd. acquired ADC Telecommunications, Inc. The shares of ADC were tendered to Tyco as part of the acquisition.

Part VII, Item No. 30

This asset was reported in my 2009 Financial Disclosure report as Item No. 29 under the name "FPL Group Inc. Common Stock." FPL Group, Inc. is now known as "NextEra Energy, Inc." and is reported in this year's report under that name.

Part VII, Item No. 60

This asset should not have been included in my 2009 Financial Disclosure Report. It was redeemed on 01/13/09. Had the transaction been reported, Column D(1) would have read "Redeemed"; Column D(2) would have read "01/13/09"; Column D(3) would have read "J"; and Column D(4) would have read "A."

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/18/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/18/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sidney A. Fitzwater**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544